FILED

06/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0116



IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No. DA-21-0116

Attorneys for Appellant and Cross-Appellee

Don C. St. Peter, Esq.
Michael O'Brien, Esq.
ST. PETER LAW OFFICES, P.C.
2620 Radio Way
P.O. Box 17255
Missoula, MT 59808
Telephone: (406) 728-8282
Facsimile: (406) 728-8141

---

ADAM PUMMILL, an individual and ADAM PUMMILL and KURTIS ROBERTSON as members of Black Gold Enterprises, LLC, members of, and on behalf of BLACK GOLD ENTERPRISES, LLC

       Plaintiffs,

  v.

JOSH T. PATTERSON a/k/a JOSH PATTERSON, as an individual and d/b/a PATTERSON ENTERPRISES, INC., also d/b/a/ ROCKY MOUNTAIN EQUIPMENT, INC., p/k/a ROCKY MOUNTAIN JCB, INC., also d/b/a/ ROCKY MOUNTAIN RENTAL SPECIALISTS, LLC, also d/b/a/ ROCKY MOUNTAIN EQUIPMENT also d/b/a/ ROCKY MOUNTAIN RENTAL, also d/b/a ROCKY MOUNTAIN EQUIPMENT OF MISSOULA, MONTANA

       Defendants.

_____

Not identified in District Court Caption:

JIM GALIPEAU,

       Receiver and Appellee,

and

PF2 LEASING, LLC

       Intervenor and Appellant.

**ORDER GRANTING EXTENSION OF TIME**

Upon *Appellee's Unopposed Motion for Extension of Time*, and good cause

shown,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.  Appellee shall

file its Answer Brief on or before July 21, 2021.

DATED this _____ day of June, 2021.

By: _____
                    Justice

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 15 2021